# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. WESTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR,<br><br>　　　　　Defendant. | **1:20-cv-00326-GSA-PC**<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(ECF No. 15.)**<br><br>**DEADLINE:  OCTOBER 11, 2021** |

　　　　John F. Weston ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132 (1994).  On March 3, 2020, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)

　　　　On September 14, 2021, defendant CDCR and plaintiff John F. Weston filed a stipulation to extend time for defendant CDCR to respond to Plaintiff's Complaint.  (ECF No. 15.)  After consideration of the stipulation, and good cause appearing, the court hereby approves the stipulation and grants the extension of time as set forth.

　　　　Accordingly, IT IS HEREBY ORDERED that defendant CDCR is granted an extension of time until October 11, 2021 in which to respond to the complaint.

IT IS SO ORDERED.

　　Dated:   **September 23, 2021**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE